# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY HOOKFIN

NO. 2019 KW 1067

**SEP 3 0 2019**

---

In Re:   Terry Hookfin, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 583,274.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.** Relator should seek enforcement from the court that issued the order.

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT